# IN THE UNITED STATES DISTRICT COURT
## FOR THE _Fifth_ DISTRICT OF TEXAS
### _Dallas_ DIVISION

Walter Arnoldo Sagastume # 1478496
Plaintiff's name and ID Number

Price Daniel Unit
Place of Confinement

CASE NO. _05-07- 01560-CR_
_05-07- 01559-CR_
(Clerk will assign the number)

V.

## APPLICATION TO PROCEED
## IN FORMA PAUPERIS

Walter Arnoldo Sagastume.
Defendant's name and address

RECEIVED IN
COURT OF CRIMINAL APPEALS

SEP 14 2015

Abel Acosta, Clerk

I, Walter Arnoldo Sagastume, declare, depose, and say I am the Plaintiff in the above entitled case. In support of my motion to proceed without being required to prepay fees, costs, or give security therefor, I state that because of my poverty, I am unable to pay in advance the filing fee for said proceedings or to give security for the filing fee. I believe I am entitled to relief.

I, further declare the responses which I have made to the questions and instructions below are true.

1.  Have you received, within the last 12 months, any money from any of the following sources?

    a.  Business, profession or from self-employment?          Yes ☐   No ☑
    b.  Rent payments, interest or dividends?                  Yes ☐   No ☑
    c.  Pensions, annuities or life insurance payments?        Yes ☐   No ☑
    d.  Gifts or inheritances?                                 Yes ☐   No ☑
    e.  Family or friends?                                     Yes ☐   No ☑
    f.  Any other sources?                                     Yes ☐   No ☑

    If you answered **YES** to any of the questions above, describe each source of money and state the amount received from each during the past 12 months.

    _____

    _____

2.  Do you own cash, or do you have money in a checking or savings account, including any funds in prison accounts?

    Yes ☐          No ☑

    If you answered **YES** to any of the questions above, state the total value of the items owned.

    _____

    _____

1

3.    Do you own real estate, stocks, bonds, note, automobiles, or other valuable property, excluding ordinary household furnishings and clothing?

Yes ☐          No ☑

If you answered **YES**, describe the property and state its approximate value.

_____

_____

**I understand a false statement in answer to any question in this affidavit will subject me to penalties for perjury. I declare (certify, verify, or state) under penalty of perjury that the foregoing is true and correct (28 U.S.C. §1746).**

Signed this the ~~August~~ 25 day of August , 20 15 .

_____          1478496
Signature of Plaintiff                           ID Number

**YOU MUST ATTACH A CURRENT SIX (6) MONTH HISTORY OF YOUR INMATE TRUST ACCOUNT.  YOU CAN ACQUIRE THE APPROPRIATE INMATE ACCOUNT CERTIFICATE FROM THE LAW LIBRARY AT YOUR PRISON UNIT.**

☆ATCIFP (REV. 9/02)

August 25. 2015

Dear, District Clerk.

At this time I, Walter Arnoldo, Sagastume,
T.d.c.j. no. 1478496
As a (Pro Se) would like to receive copies of
of all Transcripts (Court), Clerks Records, Arrest Report,
and Court Reporters Records, including indictment and
Judgement in sentening in— cause no. 05-07-01559-CR
05-07-01560-CR

Enclosed is a copy on my In-Forma Pauperis Form,
and Data, Stating my inability to pay cost or fees
for these Court Documents.

Thank You for Your Assistance.
Sincerly, _____

Walter Arnoldo. Sagastume          In the Fifth th
       Pro Se                      District Court of
         VS.
State of texas                     Dallas  County, Texas.
                                   Dallas        .


Re: Court of appeals number; 05-07-01559-CR

```
CSINIB02/CINIB02      TEXAS DEPARTMENT OF CRIMINAL JUSTICE        09/01/15
1BS8/FJ00021               IN-FORMA-PAUPERIS DATA                 15:38:27
TDCJ#: 01478496 SID#: 07803910 LOCATION: DANIEL        INDIGENT DTE: 01/16/15
NAME: SAGASTUME,WALTER ARNOLD            BEGINNING PERIOD: 03/01/15
PREVIOUS TDCJ NUMBERS:
CURRENT BAL:          0.01 TOT HOLD AMT:        0.00 3MTH TOT DEP:       0.00
6MTH DEP:             1.47 6MTH AVG BAL:        0.09 6MTH AVG DEP:       0.25
MONTH HIGHEST BALANCE TOTAL DEPOSITS   MONTH HIGHEST BALANCE TOTAL DEPOSITS
08/15      0.01          0.00          05/15      0.01          0.00
07/15      0.01          0.00          04/15      0.01          0.00
06/15      0.01          0.00          03/15      3.16          1.47
PROCESS DATE   HOLD AMOUNT    HOLD DESCRIPTION
```

STATE OF TEXAS COUNTY OF _Scurry_
ON THIS THE _1_ DAY OF _September, 15_ I CERTIFY THAT THIS DOCUMENT IS A TRUE,
COMPLETE,AND UNALTERED COPY MADE BY ME OF INFORMATION CONTAINED IN THE
COMPUTER DATABASE REGARDING THE OFFENDER'S ACCOUNT. NP SIG:
PF1-HELP PF3-END ENTER NEXT TDCJ NUMBER: _____   OR SID NUMBER: _____



JOHN M. FLOYD
Notary Public, State of Texas
My Commission Expires
OCTOBER 10, 2015
Notary without Bond